SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KWUN KI WONG,<br><br>              Plaintiff,<br><br>              v.<br><br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security;<br>EMILIO GONZALEZ, Director of US<br>Citizenship and immigration Services;<br>ROSEMARY MELVILLE, District Director<br>of the San Francisco U.S. Citizenship and<br>Immigration Services;<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. C 07-4169 BZ

**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER**

     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time within which the Defendants must serve its answer to the complaint in the above-entitled action. The Defendants will file their answer on or before October 26, 2007.

///

///

Stipulation for Extension
C 07-4169 BZ

1  Date: October 12, 2007                          Respectfully submitted,

2                                                   SCOTT N. SCHOOLS
                                                    United States Attorney
3

4

5                                                            /s/
                                                    EDWARD A. OLSEN
6                                                   Assistant United States Attorney
                                                    Attorneys for Defendants

7

8

9                                                            /s/
   Date: October 12, 2007                          FRANK M. TSE
10                                                  Attorney for Plaintiff

11

12

13                                          **ORDER**

14         Pursuant to stipulation, IT IS SO ORDERED.

15

16
   Date:   October 15, 2007                         _____
17                                                  BERNARD ZIMMERMAN
                                                    United States Magistrate Judge
18

19

20

21                                    IT IS SO ORDERED

22

23                                   Judge Bernard Zimmerman

24

25

26

27

28

   Stipulation for Extension
   C 07-4169 BZ