1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  KWUN KI WONG,                      )
                                       )  No. C 07-4169 BZ
13              Plaintiff,             )
                                       )
14         v.                          )  **STIPULATION TO DISMISS AND**
                                       )  **[PROPOSED] ORDER**
15  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security;   )
16  EMILIO GONZALEZ, Director of US    )
    Citizenship and immigration Services;)
17  ROSEMARY MELVILLE, District Director)
    of the San Francisco U.S. Citizenship and)
18  Immigration Services;              )
                                       )
19              Defendants.            )
                                       )
20

21     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23  action without prejudice in light of the fact that the United States Citizenship and Immigration

24  Services adjudicated Plaintiff's application for action on an approved application (Form I-824).

       Each of the parties shall bear their own costs and fees.
25

26  ///

27  ///

28

Stipulation for Dismissal
C 07-4169 BZ

| | | |
|---|---|---|
| 1 | Date: October 16, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Defendants |

Date: October 16, 2007                    _____/s/_____
                                          FRANK M. TSE
                                          Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   October 22, 2007                  _____
                                          BERNARD ZIMMERMAN
                                          United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED, Judge Bernard Zimmerman"]*

Stipulation for Dismissal
C 07-4169 BZ